IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMANTHA GROME, | |
| Plaintiff, | 4:19CV3080 |
| vs. | |
| USAA SAVINGS BANK, | ORDER |
| Defendant. | |

The parties have stipulated to a stay of these proceedings pending the United States Supreme Court's resolution of *Facebook, Inc. v. Duguid*, No. 19-511, 2020 WL 3865252 (July 9, 2020). (Filing No. 43.) The parties believe the U.S. Supreme Court's decision in *Facebook, Inc. v. Duguid* will be dispositive in this matter and agree it would serve judicial economy to stay all proceedings pending the U.S. Supreme Court's resolution of that case.

Having considered the matter,

**IT IS ORDERED:**

1.  The Stipulation to Stay Proceedings Pending Resolution of Related Case by the United States Supreme Court (Filing No. 43) is granted. All proceedings in this action are stayed until further order of the Court.

2.  Plaintiff's Motion for Leave to File Amended Complaint (Filing No. 35) is denied without prejudice to reassertion following the stay.

3.  Defendant's Motion to Exclude Plaintiff's Expert Witness (Filing No. 41) is denied without prejudice to reassertion following the stay.

4.     Plaintiff's Request for Extension to File Opposition to Defendant's Motion to Exclude (Filing No. 44) is denied as moot.

5.     The parties shall contact the Court within seven days of the U.S. Supreme Court's ruling in *Facebook, Inc. v. Duguid* to discuss the status and progression of this case.

Dated this 14th day of July, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge
