IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMANTHA GROME, | |
| Plaintiff, | 4:19-CV-3080 |
| vs. | JUDGMENT |
| USAA SAVINGS BANK, | |
| Defendants. | |

For the reasons stated in the accompanying memorandum and order, the plaintiff's complaint is dismissed.

Dated this 31st day of August, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge

- 1 -